United States District Court
Northern District of California

JONATHAN TRUJILLO,

        Plaintiff,

   v.

OPTIO SOLUTIONS, LLC, et al.,

        Defendants.

Case No.: 4:14-cv-01704-KAW

ORDER TO SHOW CAUSE

     Plaintiff Jonathan Trujillo, who is represented by counsel, commenced this case on April 14, 2014. (Compl., Dkt. No. 1.) On May 9, 2014, Defendant Optio Solutions, LLC filed a motion to dismiss. (Optio's Mot. to Dismiss, Dkt. No. 10.) On May 20, 2014, Defendant Crosscheck, Inc. also filed a motion to dismiss. (Crosscheck's Mot. to Dismiss, Dkt. No. 16.) Pursuant to Civil Local Rule 7-3(a), the opposition to the first motion was due on May 23, 2014, and the opposition to the second motion was due on June 3, 2014. As of the filing of this order, Plaintiff has not filed an opposition to either motion.

     Accordingly, the Court orders Plaintiff, by no later than **July 7, 2014**, to show cause why his case should not be dismissed for failure to prosecute, and file either an opposition to the motions to dismiss or a statement of non-opposition to the motions to dismiss. The response to this order to show cause and the oppositions should be filed as separate documents. Failure to timely file these documents may result in the dismissal of this action for failure to prosecute. *See* Judge Westmore's General Standing Order ¶ 21 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

     IT IS SO ORDERED.

Dated: June 23, 2014

                          KANDIS A. WESTMORE
                          United States Magistrate Judge