United States District Court
Northern District of California

JONATHAN TRUJILLO,

    Plaintiff,

  v.

OPTIO SOLUTIONS, LLC, et al.,

    Defendants.

Case No.: 4:14-cv-01704-KAW

ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; TERMINATING MOTIONS TO DISMISS AS MOOT

On July 17, 2014, Plaintiff Jonathan Trujillo moved for leave to file an amended complaint. (Pl.'s Mot., Dkt. No. 26.) In lieu of filing an opposition to the motion, Optio Solutions, LLC and Crosscheck, Inc. filed an answer to the proposed amended complaint. Accordingly, Plaintiff's motion is granted and the proposed amended complaint at docket number 26 is now the operative complaint. The motions to dismiss the original complaint, Dkt. Nos. 10 & 16, are terminated as moot.

    IT IS SO ORDERED.

Dated: August 5, 2014

KANDIS A. WESTMORE
United States Magistrate Judge