Timothy Reed, Esq. (242578)
Fredrick Schulman & Associates
30 East 29TH Street
New York, New York 10016
Telephone (212) 796-6053
Fax (212) 951-7379
Email: info@fschulmanlaw.com
Attorney for Plaintiff

D. Lilah McLean, Esq. (203594)
1440 North McDowell Blvd
Petaluma, CA 94954
Telephone (707) 665-2110
Fax (707) 665-2190
Email: lilahm@cross-check.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Jonathan Trujillo | ) ) | Case Number: C 14-01704 |
|---|---|---|
| Plaintiff(s), | ) ) ) | STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT |
| v. | ) ) | CONFERENCE |
| Optio Solutions, LLC and Cross Check Services ,LLC d/b/a Q.C.S.,Inc. | ) ) ) | |
| Defendant(s). | ) ) ) ) | |

The parties to the above-entitled action have not yet mediated this case. An initial conference call with the mediator was conducted on January 6, 2015. The parties and the mediator have agreed that the mediation on this case will take place on February 12, 2015.

Correspondingly, the parties request that the court continue the Case Management Conference currently set for January 13, 2015 until a date after the mediation has occurred.

Page **1** of **3**

*Trujillo v. Optio*

Dated: January 8, 2015   /s/ Timothy Reed
　　　　　　　　　　　　　　Timothy Reed, Esq.
　　　　　　　　　　　　　　Counsel for Plaintiff

Dated: January 8, 2015   /s/ D. Lilah McLean
　　　　　　　　　　　　　　D. Lilah McLean, Esq.
　　　　　　　　　　　　　　Counsel for Defendants

ORDER

Pursuant to the stipulation of the parties, the case management conference currently scheduled for Tuesday, January 13, 2015 is continued to March 31, 2015.  The parties shall file an updated joint case management statement by no later than March 24, 2015.
　　　IT IS SO ORDERED.
DATED:   January 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page **2** of **3**

*Trujillo v. Optio*